UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jose Dejesus MARQUEZ,
Raquel DELGADO,

    Defendants.

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, USC 1324(a)(1)(A)(ii)
Transportation of Certain Aliens for
Financial Gain

**18MJ0675**

FILED
FEB 13 2018

The undersigned complainant being, duly sworn, states:

On or about February 12, 2018, within the Southern District of California, defendant Jose Dejesus MARQUEZ and Raquel DELGADO, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Agustin ANDREW-Sanchez, Hector Elias APARICIO-Limon, and J.S.F. (a juvenile), had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Joseph E. Wolchko
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 13th DAY OF February, 2018.

ANDREW G. SCHOPLER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jose Dejesus MARQUEZ,
Raquel DELGADO

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Agustin ANDREW-Sanchez, Hector Elias APARICIO-Limon and J.S.F. (a juvenile), are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 12, 2018, Border Patrol Agent E. Pepe, was performing assigned duties in the Boulevard Border Patrol Station's area of responsibility. At approximately 3:35 PM, Agent Pepe was parked on Old Highway 80 near mile marker 31.5, observing a gray Ford Escape, followed by a white full size dually pick-up truck, drive westbound. Agent Pepe noticed the driver of the Escape turned his head to the left, looked at Agent Pepe and quickly turned his head back to the right, in what Agent Pepe perceived as an alarmed manner. Agent Pepe did not recognize the driver or the vehicle as being from the local area, so he followed to investigate further.

Agent Pepe followed the two vehicles westbound and saw the driver of the Escape, later identified as the defendant Jose Dejesus MARQUEZ, drifting left and right in the lane. The Escape drifted repeatedly onto the double yellow center divider line and back to the white fog line on the right side of the lane and partially onto the shoulder. MARQUEZ' manner of driving gave Agent Pepe the impression that he was hyper focused on his side view mirrors and trying to observe Agent Pepe's vehicle. MARQUEZ was also braking often, for no apparent reason. Record checks revealed the Escape was registered out of Cardiff, California. Cardiff is a coastal community located approximately 80 miles from the Boulevard, California. Agent Pepe noticed the silhouettes of what appeared to be at least two people in the rear passenger seat, and possibly a third in the rear cargo area. When the Escape reached Ribbonwood Road, MARQUEZ slowed the vehicle almost to a stop before turning north onto Ribbonwood Road.

MARQUEZ merged onto Interstate 8 (I-8) westbound at the Ribbonwood Road interchange. At approximately 3:42 PM, Agent Pepe activated his vehicle's emergency lights and siren and informed Dispatch he was initiating a vehicle stop. The Escape was still in the right lane, following a semi-truck. MARQUEZ tapped the brakes several times but did not yield and stayed behind the truck for approximately one-quarter mile, then changed lanes and passed the truck. MARQUEZ changed lanes back in front of the truck, barely missing the truck. MARQUEZ pulled onto the shoulder and stopped the Escape briefly before it pulled back onto

**CONTINUATION OF COMPLAINT:**
Jose Dejesus MARQUEZ,
Raquel DELGADO

the highway and resumed driving. MARQUEZ weaved in and out of traffic, narrowly missing several other vehicles. Approximately one mile west of Ribbonwood Road, near the "Pine Valley 19 miles" sign, MARQUEZ started to pull onto the right shoulder again then drove across both lanes, almost perpendicular to the lanes, and into a turn out in the median. MARQUEZ drove through the turn out and onto the shoulder of the I-8 eastbound lanes. MARQUEZ drove north through the median and then westbound on the shoulder against oncoming traffic. MARQUEZ drove the wrong way for approximately one mile, at approximately 50 miles per hour. Numerous cars in the fast lane of the eastbound lanes had to change lanes to avoid MARQUEZ. MARQUEZ alternated between driving on the paved shoulder and straddling the pavement and the unpaved area bordering the highway.

At approximately 3:45 PM, MARQUEZ stopped the vehicle, approximately one-half mile east of the Tecate Divide. This location is approximately 18 miles east of the Tecate, California Port of Entry, and approximately seven miles north of the United States/Mexico International Boundary. Agent Pepe ordered MARQUEZ to turn off the vehicle and throw the keys out the window. Agent Pepe had to extract MARQUEZ from the vehicle because he refused to comply with Agent Pepe's commands. During the extraction, MARQUEZ gave some resistance before Agent Pepe was able to restrain him. At approximately 3:48 PM, Agent Pepe placed MARQUEZ under arrest.

Agent Pepe conducted an immigration inspection on the vehicle's remaining occupants. The passenger, later identified as the defendant Raquel DELGADO, stated she is a United States citizen. All three rear passengers, later identified as material witnesses Agustin ANDREW-Sanchez, Hector Elias APARICIO-Limon, and J.S.F. (a juvenile), stated they are citizens of Mexico without immigration documents that would allow them to legally enter or remain in the United States. At approximately 3:52 PM, Agent Pepe placed DELGADO, ANDREW, APARICIO, and J.S.F. under arrest.

Material witnesses Agustin ANDREW-Sanchez, Hector Elias APARICIO-Limon and J.S.F. (a juvenile) stated they are citizens of Mexico without any immigration documents that would allow them to legally enter or remain in the United States. All three material witnesses stated they made arrangements to be smuggled into the United States for sums ranging between $6,500 USD and $9,000 USD.