ADAM L. BRAVERMAN
United States Attorney
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
California Bar No. 265442
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9769

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18MJ0675 |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| JOSE DEJESUS MARQUEZ ET AL., | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

OYJ:es:2/18/2018

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: February 18, 2018.

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

*s/Oleksandra Y. Johnson*
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18MJ0675 |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JOSE DEJESUS MARQUEZ ET AL., | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Oleksandra Y. Johnson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: Alana McMains, Attorney for Defendant JOSE DEJESUS MARQUEZ. Robert L. Swain, Attorney for Defendant RAQUEL DELGADO.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2018.

ADAM L. BRAVERMAN
United States Attorney

*s/Oleksandra Y. Johnson*
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA