# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 18MJ0675-AGS

vs )  ABSTRACT OF ORDER

) Booking No. 67050298

Raquel Delgado )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/23/2018
the Court entered the following order:

✓ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release.
✓ Defendant released on $ 15000 P/S _____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case dismissed.
_____ Case dismissed, charges pending in case no. _____
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL                Clerk
by
                 Deputy Clerk ext. 6703

Received_____
        DUSM

Crim-9  (Rev. 8-11)                                ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY